

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00414-CV

| | | |
|---|---|---|
| Wendy Kritzer | § | From the 153rd District Court of |
| | § | Tarrant County (153-239282-09) |
| v. | | |
| | § | October 30, 2014 |
| Scott E. Kasden, M.D. and Scott E. Kasden, M.D., P.A. | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Wendy Kritzer shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM